S. B. LEE AND R. L. GODWIN, TRUSTEE, *v.* NEW HAMPSHIRE FIRE INSURANCE COMPANY ET AL.

(Filed 19 April, 1911.)

*Godwin & Townsend, E. F. Young and J. C. Clifford for plaintiff.*

*Aycock & Winston and Tillett & Guthrie for defendant.*

PER CURIAM. Under the decision in No. 235, *Lee and God-win v. New Hampshire Fire Insurance Co.,* 154 N. C., 446, the judgment appealed from in the above-entitled case is

Modified and affirmed, with costs against the appellant.